**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **CRESCENT HOTELS & RESORTS, LLC,** | ) |
| | ) |
| Plaintiff, | ) Case No. |
| | ) |
| v. | ) **LOCAL RULE 7.1 FINANCIAL** |
| | ) **DISCLOSURE** |
| **810 BROAD URE MASTER TENANT, LLC,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**RULE 7.1 DISCLOSURE**

Pursuant to Local Civil Rule 7.1, Plaintiff Crescent Hotels & Resorts, LLC ("Crescent"), files this financial disclosure statement and states as follows:

Crescent is not a publicly held entity.  There are no public corporate entities holding 10% or more of Crescent's stock and it does not have a public parent, subsidiary, or affiliate entities.

Crescent is a limited liability company and is 100% owned by Crescent Hotels and Resorts International, LLC ("CHR Int'l").  CHR Int'l is owned by LCP Group and Crescent Holdings, LLC ("CH"), which is owned by Michael George.

-2-

Dated:  July 13, 2018

By: _____ /s/

Paul Werner Bar No. 48910
Imad Matini (*pro hac vice* to be filed)
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: 202-747-1931
Facsimile: 202-747-3817
*pwerner@sheppardmullin.com*
*imatini@sheppardmullin.com*

*Attorneys for Plaintiff Crescent Hotels & Resorts, LLC*