IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CRESCENT HOTELS & RESORTS, LLC, | ) |
| Plaintiff, | ) Case No. 1:18CV867 (LMB/IDD) |
| v. | ) |
| 810 BROAD URE MASTER TENANT, LLC, 810 BROAD STREET URBAN RENEWAL COMPANY, LLC, THAFER HANINI, and ISLAM ZUGHAYER, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Crescent Hotels & Resorts, LLC ("Crescent"), and Defendants, 810 Broad URE Master Tenant, LLC, 810 Broad Street Urban Renewal Company, LLC, Thafer Hanini, and Islam Zughayer, hereby jointly stipulate to the dismissal of this action with prejudice to all claims and counterclaims asserted herein.

By: /s/
Paul Werner (Bar No. 48910)
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: 202-747-1931
Facsimile: 202-747-3817
pwerner@sheppardmullin.com

*Attorney for Plaintiff Crescent Hotels & Resorts, LLC*

So Ordered

/s/
Leonie M. Brinkema    10/9/18
United States District Judge